JOHN LAIDE, ALSO KNOWN AS F. STOLTZ, v. LOUIS WEST. HENRY OJA, GARNISHEE; HILMA MERIKANTO, INTERVENER.[1]

January 22, 1932.

No. 28,750.

Victor H. Gran and John Swinland, for appellant.
Martin O. Brandon and Jesse A. Schunk, for respondents.

[1]Reported in 240 N. W. 894.

PER CURIAM.

Upon authority of First State Bank v. West, 185 Minn. 225, 240 N. W. 892, the order herein is reversed. This case is of the same character as the one cited and rests upon the same garnishee disclosure.